TOWN OF ATLANTIC BEACH v. YOUNG

No. 516PA82.

Case below: 58 N.C. App. 597.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 5 October 1982.

WHEDON v. WHEDON

No. 522P82.

Case below: 58 N.C. App. 524.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 October 1982.

WHITE v. PATE

No. 511PA82.

Case below: 58 N.C. App. 402.

Petition by plaintiffs for writ of certiorari to North Carolina Court of Appeals allowed 5 October 1982.

WILKIE v. WILKIE

No. 509P82.

Case below: 58 N.C. App. 624.

Petition by defendants for discretionary.review under G.S. 7A-31 denied 5 October 1982.